Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
MIKI SMITH

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| MIKI SMITH, | ) |
| Plaintiff, | ) **Case No.: 2:20-cv-01949-MCE-DB** |
| v. | ) |
| GC SERVICES, LIMITED PARTNERSHIP, | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, MIKI SMITH, ("Plaintiff"), through her attorney, Michael S. Agruss, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, LIMITED PARTNERSHIP.

DATED:  November 18, 2020

Respectfully submitted,
AGRUSS LAW FIRM, LLC

By: /s/ Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff
MIKI SMITH

1

## **CERTIFICATE OF SERVICE**

I certify that on November 18, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael S. Agruss
Michael S. Agruss